IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| BARBARA ENGLAND )<br>)<br>PLAINTIFF )<br>v. )<br>)<br>CITY OF GLASGOW, KENTUCKY )<br>)<br>DEFENDANT ) | Civil Action No. 1:22cv-00159-GNS<br>CHIEF JUDGE GREG N. STIVERS |

## SUPPLEMENTAL REPORT

Subsequent to the in-person settlement conference, the undersigned and the parties engaged in additional negotiations and were successful in resolving this matter. Counsel for the parties shall submit appropriate settlement documents to Chief Judge Greg Stivers for his consideration.

ENTERED this June 8, 2023

H. Brent Brennenstuhl
United States Magistrate Judge

Copies to: Counsel of Record