UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:22-CV-00159-GNS

***ELECTRONICALLY FILED***

| | | |
|---|---|---|
| BARBARA ENGLAND | | PLAINTIFF |
| V. | **AGREED ORDER OF DISMISSAL** | |
| CITY OF GLASGOW, KENTUCKY | | DEFENDANT |

This matter is before the Court by agreement of the parties as is evidenced by the signatures of their respective counsel below. The parties announce to the Court that all claims asserted or assertable in this matter have been resolved. The Court being sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that all claims asserted or assertable by Plaintiff, Barbara England, against Defendant, the City of Glasgow, Kentucky, are hereby DISMISSED WITH PREJUDICE. The parties shall be responsible for their own respective costs and attorney's fees. This is a final and appealable order and there is no just cause for delay.

HAVE SEEN AND AGREE:

*/s/ D. Gaines Penn w/permission*
D. Gaines Penn
English, Lucas, Priest & Owsley, LLP
P.O. Box 770
Bowling Green, KY 42102
*Counsel for Plaintiff, Barbara England*

*/s/ Matthew P. Cook*
Matthew P. Cook
Kerrick Bachert, PSC
1025 State Street
Bowling Green, KY 42101
*Counsel for Defendant, City of Glasgow, Kentucky*

DISTRIBUTION:  All counsel of record